01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
07                             AT SEATTLE

08  UNITED STATES OF AMERICA,            )
                                         )   CASE NO. MJ 14-80
09            Plaintiff,                  )
                                         )
10            v.                          )
                                         )   DETENTION ORDER
11  JOEL LAGARDE ORTEGA,                  )
                                         )
12            Defendant.                  )
    _____  )

13

14  <u>Offense charged</u>:        Possession of Heroin with Intent to Distribute

15  <u>Date of Detention Hearing</u>:    March 3, 2013.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.      Defendant is charged by Complaint with the possession of a controlled

DETENTION ORDER
PAGE -1

substance, heroin, with intent to distribute.   He does not contest entry of an order of detention.

2. Defendant poses a risk of nonappearance due to ties to Mexico and frequent travel, lack of ties to this District, some conflicting information about previous residences and employment, and possession of a valid passport.   He poses a risk of danger due to the nature of the instant offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

/ / /

DETENTION ORDER
PAGE -2

01    DATED this <u>3rd</u> day of March, 2014.

02

03    _____
      Mary Alice Theiler

04    Chief United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3